UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAY -6  A 10: 34

| | |
|---|---|
| MICHELLE L. REAGAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GORDON R. ENGLAND, )<br>in his official capacity as )<br>Secretary of the Navy )<br>)<br>Defendant. )<br>_____) | Civil Action No.<br><br>JFM 02cv373 |

### ORDER

Plaintiff has moved for an extension of time in which to file her Opposition to Defendant's Motion to Dismiss. The Motion is not contested by defendant. Based on the record herein, it is hereby

ORDERED: that plaintiff's Motion is GRANTED. Plaintiff shall file her Opposition on or before June 3, 2002.

May 8, 2002
Date

_____
United States District Judge

