UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| MICHELLE L. REAGAN )<br>)<br>    Plaintiff, )<br>) Civil Action No.<br>    v. )<br>) JFM 02cv373<br>GORDON R. ENGLAND, )<br>in his official capacity as )<br>Secretary of the Navy )<br>)<br>    Defendant. )<br>_____) | |

<u>ORDER</u>

Plaintiff has moved for an extension of time in which to file her Opposition to Defendant's Motion to Dismiss. The Motion is not contested by defendant. Based on the record herein, it is hereby

ORDERED: that plaintiff's Motion is GRANTED. Plaintiff shall file her Opposition by June 7, 2002.

_June 3, 2002_
Date

_/s/_
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUN -3 A 11:04
CLERK'S OFFICE
AT BALTIMORE
DEPUTY