IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHELLE M. REAGAN              *
                                *
v.                              *   Civil No. JFM-02-373
                                *
GORDON R. ENGLAND, SECRETARY    *
OF THE NAVY                     *
                            *****

### ORDER

For the reasons stated in the accompanying memorandum, it is, this 4th day of September 2002 ORDERED

1. The defendant's motion for summary judgment is granted; and

2. Judgment is entered in favor of defendant against plaintiff on all counts.

_____
J. Frederick Motz
United States District Judge

5

12